**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Cormicon's Inc., a Minnesota corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Oftedal Construction, Inc., a Montana | ) | |
| Corporation, and Liberty Mutual Insurance | ) | |
| Company, a Massachusetts Corporation, | ) | |
| | ) | Case No. 4:13-cv-151 |
| Defendants. | ) | |

Before the court is a motion for attorney Brian J. Wisdorf to appear *pro hac vice* on behalf

of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brian J. Wisdorf has affirmed

to submit to the Local Rules of the United States District Court for the District of North Dakota and

to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees

to the office of the Clerk. Accordingly, the motion (Docket No. 13) is **GRANTED**. Attorney Brian

J. Wisdorf is admitted to practice before this court in the above-entitled action on behalf of the .

**IT IS SO ORDERED.**

Dated this 28th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge