# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Cormican, Inc., a Minnesota Corporation, | ) |
| | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Oftedal Construction, Inc., a Montana Corporation and Liberty Mutual Insurance Company, a Massachusetts Corporation, | ) |
| | ) Case No. 4:13-cv-151 |
| Defendants. | ) |

Before the court is Defendants' motion for attorney Nathan R. Chicoine to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Nathan R. Chicoine has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 20) is **GRANTED**. Attorney Nathan R. Chicoine is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 14th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge