# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Cormican's Inc., a Minnesota Corporation, | ) |
| Plaintiff, | ) **ORDER RE WAIVER OF JURY AND** |
| | ) **SEQUESTRATION OF WITNESSES** |
| vs. | ) |
| Oftedal Construction, Inc., a Montana Corporation, and Liberty Mutual Insurance Company, a Massachusetts Corporation, | ) |
| | ) Case No. 4:13-cv-151 |
| Defendants. | ) |

On July 21, 2015, the court held a telephonic final pretrial conference in the above-captioned case. Brian J. Wisdorf appeared on plaintiff's behalf. Ronald G. Schmidt appeared on defendants' behalf. During the call, the parties agreed to waive a jury and that it will not be necessary to sequester witnesses during trial. Accordingly, **IT IS ORDERED:**

(1) The trial in this case will be a bench trial; and

(2) Absent a request to the trial judge in advance of trial, witnesses will not be excluded from the courtroom during trial.

Dated this 21st day of July, 2015.

                 */s/ Charles S. Miller, Jr.*
                 Charles S. Miller, Jr., Magistrate Judge
                 United States District Court